No. 86-08

IN THE SUPREME COURT OF THE STATE OF MONTANA

1986

_____

IN THE MATTER OF REVISION OF
THE MONTANA BAR EXAMINATION.

_____

ORIGINAL PROCEEDING:

COUNSEL OF RECORD:

For Petitioner/Relator:

Leslie C. Halligan argued, (Law Student) pro se,
Missoula, Montana
Russell C. Fagg, pro se, Class Representative,
Missoula, Montana

For Respondent:

Robert A. Poore argued, Chairman, Board of Bar
Examiners, Butte, Montana
Hon. Mike Greely, Attorney General, Helena, Montana
George Bousliman, State Bar of Montana, Helena,
Montana

For Amicus Curiae:

Gregory Murphy argued for National Conference of Bar
Examiners, Billings, Montana
Robert J. Muldoon, Jr., Chairman, National Conference
of Bar Examiners, Boston, Mass.

_____

Submitted: June 19, 1986

Decided: June 20, 1986

Filed: JUN 20 1986

_____
Clerk

PER CURIAM:

The students of the 1986 graduating class of the University of Montana School of Law have petitioned this Court for the elimination of the Multistate Bar Examination from the Montana Bar Examination. The Court has original jurisdiction over this matter under its authority to establish rules for admission to the bar and the form and manner of the bar examination. Section 37-61-204, MCA; Art. 7, Sec. 2, 1972 Montana Constitution.

Pursuant to the order of this Court dated January 16, 1986, responses to the petition were filed by the Montana Board of Bar Examiners, the School of Law of the University of Montana, and the Commission Concerning Rules of Admission to the Practice of Law to the State of Montana. Oral argument was heard June 19, 1986.

This Court has concluded that the Multistate Bar Examination, which petitioners have requested be eliminated as a requirement for admission to the State Bar of Montana, provides a practical and useful means of testing the qualifications of applicants for admission to the State Bar of Montana.

Forty-six states use the Multistate Bar Examination in determining qualifications for admission to the practice of law in their respective jurisdictions. The Montana Board of Bar Examiners and the Commission Concerning Rules of Admission to the Practice of Law in the State of Montana have unanimously recommended retention of the Multistate Bar Examination in Montana.

The Court is concerned about the costs involved in legal education and in preparation for bar examinations. However, it would appear that the costs relating to the

2

continued use of the Multistate Bar Examination would not be significantly reduced by its elimination. Additional costs would necessarily be incurred by expansion of the essay portion of the Bar Examination.

The petitioners have not established compelling reasons for elimination of the Multistate Bar Examination, and the petition is denied.

_____
Chief Justice

_____

_____

_____

_____

_____
Justices

Mr. Justice Frank B. Morrison, Jr., deeming himself disqualified, did not participate in this decision.